ACCEPTED
03-14-00789-CR
6331657
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 2:40:02 PM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

### *P.O. Box 399*
### *Cedar Park, Texas 78613*
### *512.219.8930 (phone/fax)*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 2:40:02 PM
JEFFREY D. KYLE
Clerk

**TIM COPELAND\***
*(512) 897-8196 mobile/text*
*tcopeland14@yahoo.com*

*\*Board Certified - Oil, Gas & Mineral Law*
*Texas Board of Legal Specialization*

**ERIKA COPELAND\*\***
*(512) 897-8126 mobile/text*
*ecopeland63@yahoo.com*

*\*\*Of Counsel*

August 3, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711
Via e-filing

> Re:   Cause Nos. 03-14-00789-CR; 03-14-00790-CR;  03-15-00791-CR;
>        (Trial Court Nos. B-13-0883-SB; B-14-0650-SA; B-14-0994-SB (Bell County)
>        ***George Henry Walker*** **v.** ***The State of Texas***

Dear Mr. Kyle:

Please be advised that I have complied with Rule 48.4 with regard to giving notification of the Court's opinions in these cases to the above-referenced client as well as advised him of his rights with regard to the filing of petitions for discretionary review-- as shown by the enclosed copy of the certified mailing receipt for same.

Very truly yours,

/s/Erika Copeland

Erika Copeland

EC:aw



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

BELTON TX 76513

OFFICIAL USE

Certified Mail Fee

$3.45

| | |
|---|---|
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Reklm Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Oellvery | $ |
| ☐ Adult Signature Required | $ |

Pos,tage    $0,49

$ Iot fostage and  ee<

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here

CEDAR PARK POST OFFICE
CEDAR PARK TX 78613
JUL 30 2015
07/30/2015